IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MONIQUE L. JELKS, Personal Representative
of the Estates of ANTHONY FLEMING, Deceased, and
GWENDOLYN FLEMING, Deceased,

    Plaintiffs-Garnishors,

-vs-

Case No.  2021-cv-10358

Judge Denise Page Hood

HICKORY HOLLOW COOPERATIVE,
a Michigan Corporation, and
HUNTINGTON MANAGEMENT,
LLC, a Michigan Corporation,

    Defendants.

-vs-

FEDERAL INSURANCE COMPANY,

    Garnishee-Defendant.

---

## ORDER APPROVING SETTLEMENT AND ATTORNEY FEES ONLY

This matter having come on for hearing before this Honorable Court, the parties having reached a settlement subject to this court's approval as set forth on Exhibit A, which Exhibit will not be made available for public review, testimony having been taken on the record from the Personal Representative of the Estates, and this court finding that the settlement reached was in the best interests of the Estates, and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the settlement proposed by the parties is hereby approved and the motion is granted [ECF No. 34], and that none of said

amount is being received by the Estates as reimbursement for conscious pain and suffering;

**IT IS FURTHER ORDERED** that the Personal Representative of the Estates shall be authorized and empowered to pay attorney fees to the law firm of Sommers Schwartz, P.C. as set forth on Exhibit A, which this court deems to be fair and reasonable in view of the nature of this cause and commensurate with the contingency fee agreement entered into for services rendered in connection with this claim; and

**IT IS FURTHER ORDERED** that the final order for distribution will be entered upon finalization by the judge regarding the waivers to be received of Paul Morgan and Timothy Jelks and upon review of Rhonda Fleming's request for additional monies.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [ECF No. 30] is rendered moot.

This is not a final order and does not close the matter.

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

DATED:  June 17, 2024